ACCEPTED
03-16-00586-CV
12538658
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/6/2016 11:37:42 AM
JEFFREY D. KYLE
CLERK

**No. 03-16-00565-CV,**
**No. 03-16-00586-CV**

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/6/2016 11:37:42 AM
JEFFREY D. KYLE
Clerk

**IN THE**
**THIRD COURT OF APPEALS**
**AUSTIN, TEXAS**

_____

CITY OF AUSTIN AND MARC A. OTT,
IN HIS OFFICIAL CAPACITY AS THE CITY MANAGER
FOR THE CITY OF AUSTIN,

Appellants,

V.

UTILITY ASSOCIATES, INC., AND
MR. V. BRUCE EVANS, A RESIDENT
OF AUSTIN, TEXAS, INDIVIDUALLY,

Appellees.

_____

ON APPEAL FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL
DISTRICT
CAUSE NO. D-1-GN-16-002931

_____

**APPELLANTS' UNOPPOSED MOTION TO CONSOLIDATE**

_____

Matthew W. Tynan
CITY OF AUSTIN LAW DEPARTMENT
P. O. Box 1546
Austin, Texas 78767-1546
Telephone: (512) 974-2185
Facsimile: (512) 974-1311
matthew.tynan@austintexas.gov
**ATTORNEYS FOR APPELLANTS**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants, the City of Austin and Marc A. Ott, City Manager for the City of Austin, Texas, (the "City") ask the Court to grant this Motion to consolidate two pending appeals which arise from the same District Court case originally filed in Travis County, Texas

There are presently two (2) cases pending in this Court that arise from *Utility Associates, Inc. and Bruce V. Evans v. The City of Austin and Marc A. Ott*, Cause Number D-1-GN-16-002931, filed in the 98th District Court, Travis County, Texas. The appeals arise from a ruling by the Honorable Orlinda Naranjo granting temporary injunctive relief and a ruling by the Honorable Karin Crump partially denying the Appellants' Plea to the Jurisdiction.

## PROCEDURAL HISTORY

After a hearing, held on August 3, 2016, Judge Naranjo granted the Appellees' application for a temporary injunction and entered a written order to this effect on August 5, 2016. The Court reached its' ruling, in part, on the conclusion that Appellee Utility Associates had established sufficient standing to obtain injunctive relief.

The City filed its interlocutory appeal of the District Court's August 5, 2016 Order on August 24, 2016 and the matter was docketed as Case No. 03-16-00565-CV. This interlocutory appeal is brought under Texas Civil Practices and

Remedies Code §51.014(a)(4) and is an accelerated appeal pursuant to Rule 28 of the Texas Rules of Appellate Procedure.

On August 18, 2016 Judge Crump held a hearing on the Appellants' Amended Plea to the Jurisdiction. During this hearing the Appellants challenged the Courts jurisdiction over the Appellees' claims as well as the jurisdictional standing of Appellee Utility Associates. Judge Crump granted the Appellants' Plea with regard to the whole of the Appellees claims outside §252.061 of the Texas Local Government Code. However, the Court denied Appellants' Plea in part because Judge Crump indicated she was not able to disturb Judge Naranjo's determination of jurisdictional standing for Utility Associates. The Court opined that such a challenge would need to be brought to this Court through a proper appeal of the issue. The District Court entered the Order of Judge Crump on August 25, 2016.

The City filed its interlocutory appeal of the District Court's August 25, 2016 Order on September 1, 2016 and the matter was docketed as Case No. 03-16-00586-CV. This interlocutory appeal is brought under Texas Civil Practices and Remedies Code §51.014(a)(8) and is an accelerated appeal pursuant to Rule 28 of the Texas Rules of Appellate Procedure.

ARGUMENT

Judicial economy favors consolidation of these appeals because the issues on

appeal from these two rulings of the District Court are fundamentally identical. Both appeals challenge whether Appellee Utility Associates established standing in this matter as a losing bidder to a non-public works contract so as to satisfy the subject matter jurisdiction of the Court and obtain the relief requested. As both appeals arise from the same lawsuit, and from the same factual and legal basis, the Clerk's Record filed with the Court in each appeal would be essentially the same save the addition of the Reporter's Record from the hearing on the Plea to the Jurisdiction and the August 25, 2016 Order of the District Court in Case No. 03-16-00586-CV.

## CONCLUSION

For the purposes of clarity, efficiency, and in the interest of judicial economy, the City asks this Court to consolidate the two pending appeals, Case No. 03-16-00565-CV and Case No. 03-16-00586-CV. The City also requests that the docketing deadlines be reset to reflect a starting date of the day on which the requested consolidation is granted.

RESPECTFULLY SUBMITTED,

ANNE L. MORGAN, CITY ATTORNEY
MEGHAN L. RILEY, CHIEF LITIGATION

/s/ Matthew W. Tynan
MATTHEW W. TYNAN
State Bar No. 24072489
matthew.tynan@austintexas.gov

4

City of Austin – Law Department
P. O. Box 1546
Austin, Texas 78767-1546
Telephone:  (512) 974-2185
Facsimile:   (512) 974-1311

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Appellants has conferred with the below listed counsel with regard to the submission of this Motion and have determined that the Appellees do not oppose this request.

/s/   Matthew W. Tynan
MATTHEW W. TYNAN

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of the foregoing on all parties, or their attorneys of record, in compliance with the Texas Rules of Civil Procedure, this 6th day of September, 2016.

**Via e-Service to:**

Peter B. Barlow
pbarlow@sgrlaw.com
Peter M. Crofton
Benjamin P. Deninger
SMITH GAMBRELL &
RUSSELL, LLP
100 Congress Avenue
Suite 2000
Austin, Texas  78701
(512) 498-7617 Telephone
(512) 879-5032 Fax

**ATTORNEY FOR UTILTY ASSOCIATES, INC.**

Shelby A. Jordan
sjordan@jhwclaw.com
JORDAN, HYDEN, WOMBLE,
CULBRETH & HOLZER, P.C.
1250 S. Capital of Texas Hwy
Suite 330
Austin, Texas  78746
(361) 884-5678 Telephone
(361) 888-5555 Fax

**ATTORNEYS FOR MR. V. BRUCE EVANS**

/s/   Matthew W. Tynan
MATTHEW W. TYNAN